UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA

   - against -

Rex G. Maralit
Ariel Maralit
Wilfredo Maralit

               Defendants.

------------------------------------------------------------ X

UNSEALING ORDER

13-759 M

      Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Seth duCharme, for an order unsealing the arrest warrants affidavit and the arrest warrants for defendants Rex G. Maralit, Ariel Maralit, and Wilfredo Maralit, it is hereby

      ORDERED that the arrest warrants affidavit and arrest warrants for all three defendants be unsealed.

Dated :   Brooklyn, New York
             9/6/13

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK